UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AUDREY MASON EL,

                Plaintiff,

      -against-                                       MEMORANDUM DECISION
                                                        AND ORDER
                                                        2:19-CV-6712 (AMD) (LB)
SUPREME COURT OF THE STATE OF
NEW YORK, SUFFOLK COUNTY, *et al.*,

                Defendants.
-----------------------------------------------------------x
**ANN M. DONNELLY, United States District Judge:**

On November 19, 2019, the plaintiff filed this *pro se* action pursuant to 42 U.S.C. 1983. (ECF No. 1.) By letter dated November 27, 2019, the Court informed the plaintiff that her submission was deficient because she failed to pay the filing fee or submit an application for *in forma pauperis* relief. (ECF No. 2.) The Court provided the plaintiff with an *in forma pauperis* form and instructed her to cure the deficiency within 14 days. On December 10, 2019, the plaintiff returned the form—signed but otherwise blank—with a stamp across each page citing to *Crandall v. State*, 73 U.S. 35 (1867). (ECF Nos. 5, 6).

As other courts in this district have recently explained, "*Crandall* does not stand for the proposition that the Court lacks the authority to require filing fees for court access. Rather, *Crandall* holds that states are prohibited from imposing a tax on those wishing to enter to their borders." *Allene Scott Bey and Muhammed B.H. ABD' Allah Bey v. Supreme Court of the State of New York, Cnty of Queens*, No. 19-CV-6704, 2020 WL 59793, at *1 (E.D.N.Y. January 6, 2020); *see also Felder El Bai v. Supreme Court of New York, Cnty. of Kings*, No. 19-CV-6703, 2019 WL 7293372, at *1 (E.D.N.Y. Dec. 30, 2019); *see also Gaul v. Chrysler Fin. Serv. Americas, LLC*, 657 F. App'x 16, 18-19 (2d Cir. July 1, 2016) (summary order).

1

Accordingly, the action is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully requested to mail this order to the address of record and close this case.

**SO ORDERED.**

                                              s/Ann M. Donnelly
                                              ANN M. DONNELLY
                                              United States District Judge

Dated: January 8, 2020
       Brooklyn, New York